1  JOHN F. BAUM (SBN 148366)
   jbaum@cdhklaw.com
2  ANN E. SOTER (SBN 229838)
   asoter@cdhklaw.com
3  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
4  727 Sansome Street
   San Francisco, CA  94111
5  Telephone:    (415) 835-9000
   Facsimile:    (415) 834-0443
6
   Attorneys for Defendant
7  SORENSON MEDIA, INC.

8  Michael D. Weil (SBN 209056)
   mweil@orrick.com
9  ORRICK, HERRINGTON & SUTCLIFFE, LLP
   The Orrick Building
10 405 Howard Street
   San Francisco, CA  94105
11 Telephone:    (415) 773-5794

12 Attorneys for Plaintiffs
   TELESTREAM, INC. and JOHNATHAN DIEL
13

14                UNITED STATES DISTRICT COURT

15                       EASTERN DISTRICT

16

17 TELESTREAM, INC. and JOHNATHAN       Case No.  2:08-cv-01030-GEB-DAD
   DIEL,
18
                Plaintiffs,             **ORDER EXTENDING TIME TO**
19                                      **RESPOND TO COMPLAINT**
   vs.
20
   SORENSON MEDIA, INC.; and DOES
21 ONE through FIFTY,  inclusive,

22              Defendants.

23

24

25     Based upon the Joint Motion and Stipulation for an Extension of Time to Respond to

26 Complaint, and good cause appearing,

27     IT IS HEREBY ORDERED as follows:

28

ORDER
CASE NO. 2:08-CV-01030-GEB-DAD

Defendant Sorenson Media, Inc. shall have up to and including June 9, 2008 in which to file a response to the Complaint.

IT IS SO ORDERED.

DATED this 20th day of May, 2008.

GARLAND E. BURRELL, JR.
Chief United States District Judge

**Approved as to Form:**

Orrick, Herrington & Sutcliffe, LLP

By: /s/ Michael D. Weil
Michael D. Weil
Attorney for Plaintiffs
TELESTREAM, INC. and JOHNATHAN L. DIEL
*(e-filed with authorization from counsel)*