JOHN F. BAUM (SBN 148366)
jbaum@cdhklaw.com
ANN E. SOTER (SBN 229838)
asoter@cdhklaw.com
CURIALE DELLAVERSON HIRSCHFELD
 & KRAEMER, LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:    (415) 835-9000
Facsimile:    (415) 834-0443

Attorneys for Defendant
SORENSON MEDIA, INC.

Michael D. Weil (SBN 209056)
mweil@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105
Telephone:    (415) 773-5794

Attorneys for Plaintiffs
TELESTREAM, INC. and JOHNATHAN DIEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT

| | |
|---|---|
| TELESTREAM, INC. and JOHNATHAN DIEL,<br><br>             Plaintiffs,<br><br>vs.<br><br>SORENSON MEDIA, INC.; and DOES ONE through FIFTY, inclusive,<br><br>             Defendants. | Case No.  2:08-cv-01030-GEB-DAD<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Based upon the Joint Motion and Stipulation for an Extension of Time to Respond to Complaint,

IT IS HEREBY ORDERED as follows:

ORDER
CASE NO. 2:08-CV-01030-GEB-DAD

Defendant Sorenson Media, Inc. shall have up to and including June 23, 2008 in which to file a response to the Complaint.

DATED this 12th day of June, 2008.

Garland E. Burrell, Jr.
U.S. District Judge

**Approved as to Form:**

Orrick, Herrington & Sutcliffe, LLP


By: /s/ Michael D. Weil
Michael D. Weil
Attorney for Plaintiffs
TELESTREAM, INC. and JOHNATHAN L. DIEL
*(e-filed with authorization from counsel)*

2

ORDER
CASE NO. 2:08-CV-01030-GEB-DAD